IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                              CRIMINAL 11-0428CCC

DOMINGO UBIERA-PEREZ

Defendant

## ORDER

Having considered the Report and Recommendation filed on April 24, 2012 (**docket entry 29**) on a Rule 11 proceeding of defendant Domingo Ubiera-Pérez held before U.S. Magistrate Judge Silvia Carreño-Coll on April 11, 2012, to which no opposition has been filed, the same is APPROVED.   Accordingly, the plea of guilty of defendant is accepted.   The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 11, 2012.  The **sentencing hearing is set for July 12, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 23, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge